preme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by Arthur M. Greene against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon the ground that the question of defendant's negligence should have been submitted to the jury.

GREENLEY, Respondent, v. EARLY, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Thomas D. Greenley against Joseph N. Early. No opinion. Motion to dismiss appeal denied.

GRIMES, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by Ellen M. Grimes against the Long Island Railroad Company. No opinion. Order modified, by striking therefrom the condition that the costs should be paid out of the judgment to be recovered, and, as so modified, affirmed, without costs.

GROSSIER, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Katie Grossier against Max Meyer, as executor, etc., of Pauline Fiedler, deceased. No opinion. Judgment affirmed, without costs.

HAACK, Respondent, v. BROOKLYN LABOR LYCEUM ASS'N, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Bruno Haack, an infant, by Laura A. Haack, his guardian ad litem, against the Brooklyn Labor Lyceum Association, impleaded with others. No opinion. Judgment and order unanimously affirmed, with costs. See 89 N. Y. Supp. 888.

HAACK, Respondent, v. BROOKLYN LABOR LYCEUM ASS'N, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Laura A. Haack against the Brooklyn Labor Lyceum Association, impleaded with others. No opinion. Judgment and order unanimously affirmed, with costs.

HAACK v. BROOKLYN LABOR LYCEUM ASS'N et al. (Supreme Court, Appellate Division, Second Department. March 22, 1906.) Action by Bruno Haack, an infant, etc., against the Brooklyn Labor Lyceum Association, Joseph Heilig, and the city of New York. No opinion. Motion for leave to appeal to the Court of Appeals granted.

HAACK v. BROOKLYN LABOR LYCEUM ASS'N et al. (Supreme Court, Appellate Division, Second Department. March 22, 1906.)

Action by Laura A. Haack against the Brooklyn Labor Lyceum Association, Joseph Heilig and the city of New York. No opinion. Motion for leave to appeal to the Court of Appeals granted.

HAGADORN, Appellant, v. McNAIR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 17, 190... Action by Charles Hagadorn against Miles McNair and another. No opinion. Motion amend remittitur denied, with $10 costs.

HALL, Respondent, v. NEW YORK, C. & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by George Hall against ... New York, Chicago & St. Louis Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to ... appellant to abide the event.

McLENNAN, P. J., and NASH, J., vote ... reversal, on the ground that plaintiff, as matter of law, failed to establish freedom from contributory negligence. SPRING and WILLIAMS JJ., vote for reversal on the ground that ... verdict is contrary to the evidence, both as ... the negligence of the defendant and contributory negligence of the plaintiff. KRUSE J., dissents and votes for affirmance.

HAMILTON ST. IN VILLAGE OF LA SALLE. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) In ... matter of the extension and laying out of Hamilton street in the village of Lasalle. No opinion. Determination affirmed, with costs.

Ex parte HARDING. (Supreme Court, Appellate Division, Third Department. March 1906.) In the matter of the application of Fr... Harding for a writ of habeas corpus.

PER CURIAM. Order affirmed, with costs.

PARKER, P. J., dissents.

HAUSER, Respondent, v. NEW YORK & ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action ... John Hauser, as administrator, etc., of Rheinhardt Hauser, deceased, against the New York Queens Electric Light and Power Company No opinion. Judgment and order unanimously affirmed, with costs.

HAVEN, Appellant, v. NICHOLS, Respondent. (Supreme Court, Appellate Division, First Department. March 23, 1906.) Action ... Maude Haven, as executrix, against William E. Nichols. J. P. Herren, for appellant. J. ... Lawshe, for respondent. No opinion. Order affirmed, with costs. Order filed.

HAWKINS v. GOSSNER et al. (Supreme Court, Appellate Division, Second Department...